**No. 39920.**—Protest 38863–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel merchandise in chief value of cellulose filaments the same as those the subject of Abstract 37230 was held dutiable at 60 percent under paragraph 31. Silk wearing apparel in part of galloons, embroidered, like that involved in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) and *Pustet* v. *United States* (13 id. 530, T. D. 41396) was held dutiable at 75 percent under paragraph 1430.

**No. 39921.**—Protests 665137–G, etc., of Calvaire, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel cotton knit wearing apparel was held dutiable at 45 percent under paragraph 917, knit outerwear in chief value of wool at the appropriate rate under paragraph 1114, and knit outerwear in chief value of rayon or other synthetic textile at 45 cents per pound and 65 percent ad valorem under paragraph 1309. *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) followed.